# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1664
Lower Tribunal No. 2019-1-DR

_____

ROBERT JAMES BRADLEY,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

Appeal from the Department of Revenue.

May 29, 2026

PER CURIAM.

Robert James Bradley appeals a final administrative child support order issued by the Florida Department of Revenue. We have jurisdiction. *See* Fla. R. App. P. 9.030(b)(1)(C); Fla. R. App. P. 9.190; §§ 120.68(1)(a), 409.2563(10)(a), Fla. Stat. (2025). We affirm because he did not request a hearing on the Department's proposed final order, and he thus failed to preserve his appellate challenge to its findings. *See Feliciano v. Dep't of Rev., Child Support Enf't*, 305 So. 3d 801, 803 (Fla. 4th DCA 2020) ("We note that the lack of a hearing and the resulting absence of a transcript provides this Court with little basis to conclude that the Department's

final order is not supported by the evidence." (citing *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979))).  Bradley may seek a superseding child support order from the circuit court if he can do so in good faith.  *See* § 409.2563(10)(c).

AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.

Robert James Bradley, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, of the Office of Child Support Enforcement, Fort Lauderdale, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED